IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RAY JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAL-LES II, LLC, STEVEN E. SMEARY, and DOES 1 THROUGH 5, inclusive,<br><br>    Defendants. | Case No. 1:07-cv-01232 DLB<br><br>ORDER REGARDING MOTION AND STIPULATION CONTINUING SETTLEMENT CONFERENCE<br><br>(Documents 21 and 22) |

       On December 18, 2007, the parties to this action filed a joint ex-parte motion to continue the settlement conference in this matter with supporting documentation. (Documents 21, 21-2 and 21-3.) The motion did not contain the electronic signatures of the parties. Thereafter, on December 27, 2007, the parties filed a stipulation for continuance of the settlement conference, which contained the electronic signatures of the parties, and a proposed order. (Documents 22 and 22-2.)

       Based on the stipulation of the parties, and good cause appearing, the Court hereby VACATES the settlement conference currently scheduled for January 9, 2008. A new date is ordered for the Settlement Conference of March 5, 2008, to be held in Courtroom 10 at 10:30 a.m.

1

before the undersigned.  It is further ordered that the Joint Ex-Parte Motion to Continue Settlement Conference and the related Motion Hearing set for December 28, 2007, at 9:30 a.m. in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck are hereby VACATED.

IT IS SO ORDERED.

Dated:   December 27, 2007              /s/ Gary S. Austin
                                                      UNITED STATES MAGISTRATE JUDGE