```
 1  JAMES W. RUSHFORD, ESQ.
    State Bar No. 88739
 2  RUSHFORD & BONOTTO, LLP
    2277 Fair Oaks Blvd., Suite 495
 3  Sacramento, California  95825
    Phone: (916) 565-0590
 4  Fax:   (916) 565-0599
    Email: jrushford@rushfordbonotto.com
 5

 6  Attorneys for Defendants,
    CAL-LES II, LLC and STEVEN SMURAWA
 7

 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RAY JONES, | Case No.: 1:07-cv-1232 DLB |
|         Plaintiff, | |
|     vs. | |
| CAL-LES II, LLC, STEVEN E. SMURAWA, and DOES 1 THROUGH 5, inclusive, | STIPULATION OF DISMISSAL; PROPOSED ORDER |
|         Defendants. | |

IT IS HEREBY STIPULATED by and among the parties to this action that the above-captioned action be and hereby is dismissed with prejudice.

Dated:  3/5/08          **CARLSON LAW OFFICES**

                        By:  /s/ Richard H. Carlson
                             Richard H. Carlson, Attorney for
                             Larry Ray Jones

Dated:  2/29/08         **RUSHFORD & BONOTTO, LLP**

                        By:  /s/ James W. Rushford
                             James W. Rushford,
                             Attorney for Defendants
                             CAL-LES II, LLC, STEVEN E.
                             SMURAWA

**ORDER DISMISSING ACTION**

THE PARTIES HAVING STIPULATED:  the above matter is ordered dismissed with prejudice.

Dated: 13 March 2008        ___/s/ Dennis L. Beck_____
                            HONORABLE DENNIS L. BECK
                            UNITED STATES MAGISTRATE JUDGE